UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHAKIB KUERCH,**

      **Plaintiff,**

v.                                                    Case No:  6:19-cv-1880-Orl-41EJK

**SECRETARY OF STATE, UNITED**
**STATES DEPARTMENT OF STATE**
**and AMBASSADOR, UNITED STATES**
**EMBASSY, CASABLANCA,**
**MOROCCO,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. The Complaint (Doc. 1) in this action was filed October 1, 2019, and it appears service was executed on Defendants on or before November 20, 2019. (*See generally* Proofs of Service, Doc. Nos. 5, 6, 10, 11). Defendants have failed to respond to the Complaint, and the deadline to do so has passed. *See* Fed. R. Civ. P. 12(a).

Local Rule 1.07(b) provides in relevant part: "When service of process has been effected but no appearance or response is made within the time and manner provided by [Federal Rule of Civil Procedure] 12, the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), . . . [f]ailing which, the case shall be subject to dismissal 60 days after such service without notice and without prejudice; provided, however, such time may be extended by order of the Court on reasonable application with good cause shown."

Plaintiff has not applied for entry of default within the sixty days provided in Local Rule 1.07(b), nor has Plaintiff requested—much less shown good cause for—an extension of time.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 21, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record